Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, TX 78711
RE: Docket Sheet Records
APPEAL NO: 08-11-00074-CR
TRIAL NO: 2009D01202-41-1
WR-20,147.02

CHRIS SANCHEZ
TDCJ-ID# 1702978
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102
MAR-30-15

## Clerk (CCP)

Dear Mr. Abel Acosta,

Sir, I humbly requesting one following information my docket sheet and correct date my Writ Habeas (11.07) corpus filed. I in in need of this legal information to proceed in my legal procedure in Pro se motions. I am indigent and I would be very grateful to you sir for your assistance in this legal matters since the correctness of dates is required by the courts and I want to be sure I keep in compliance sir. Thank you very much for your time and help.

11.07 Writ-Courts Reply

Respectfully submitted,

Chris Sanchez

CHRIS SANCHEZ
TDCJ-ID #1702978

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 02 2015
Abel Acosta, Clerk